

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2021

No. 04-20-00553-CV

**IN THE INTEREST OF A.Z.F., A CHILD**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-08725
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellant's brief was due on February 24, 2021. Neither the brief nor a motion for extension of time has been filed. We therefore ORDER appellant to file the appellant's brief in this court **no later than 15 days** from the date of this order, along with a written response reasonably explaining: (1) the failure to timely file the brief and/or a motion for extension; and (2) why appellee is not significantly injured by appellant's failure to timely file a brief.

If appellant fails to file a brief and the written response by the date ordered, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court